# IN THE SUPREME COURT OF THE STATE OF NEVADA

MICHAEL ADAM FRIMMEL,
           Appellant,

vs.

THE STATE OF NEVADA,
           Respondent.

No. 73322

**FILED**

SEP 15 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a "motion to compel NDOC to apply AB510 and issue a credit history." Eighth Judicial District Court, Clark County; Joseph T. Bonaventure, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Cherry

_____, J.
Hardesty

_____, J.
Stiglich

cc:    Chief Judge, The Eighth Judicial District Court
       Hon. Joseph T. Bonaventure, Senior Judge
       Michael Adam Frimmel
       Attorney General/Carson City
       Attorney General/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-31198